The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SAVANNAH HAYES, individually,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>BUTLER AMUSEMENTS, INC., an Oregon corporation,<br><br>　　　　　　　Defendant. | NO. 2:20-cv-01368-RSL<br><br>STIPULATED ORDER REMANDING CASE TO STATE COURT |

### JOINT STIPULATION

The parties, through their undersigned counsel, hereby stipulate and agree that this matter should be remanded back to King County Superior Court, State of Washington, for placement into mandatory arbitration (MAR).  Plaintiff's claims do not meet the jurisdictional minimum for diversity jurisdiction.  Thus, Plaintiff also agrees to a maximum MAR award of $75,000.  Remanding this case for resolution in King County MAR is the most efficient use of judicial resources and will assist the parties in avoiding the burden and expense of unnecessary litigation.

STIPULATED ORDER REMANDING CASE TO
STATE COURT- 1

2:20-cv-01368-RSL
12046-32533  965576x



600 UNIVERSITY STREET, SUITE 1020
SEATTLE WA 98101-4107
TEL 206-623-9900  FAX 206-624-6885

Respectfully submitted,

| BAILEY ONSAGER PC | WILSON SMITH COCHRAN DICKERSON |
|---|---|
| *s/ Darrin E. Bailey via ECF* | *s/Hanni Pichel via ECF* |
| Darrin E. Bailey, WSBA #34955<br>Bailey Onsager<br>600 University Street, Ste 1020<br>Seattle, WA  98101<br>(206) 623-9900<br>FAX: 206 624-6885<br>Dbailey@baileyonsager.com<br>    *Attorneys for Savannah Butler* | Dylan E. Jackson, WSBA No. 29220<br>Hanni Pichel, WSBA No. 48623<br>Jeff Sbaih, WSBA No. 51551<br>Wilson Smith Cochran Dickerson<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA  98164-2050<br>(206) 623-4100<br>FAX: (206) 623-9273<br>Pichel@wscd.com<br>    *Attorneys for Defendant Butler Amusements, Inc.* |

## **ORDER**

The parties having stipulated and good cause shown, **IT IS HEREBY ORDERED** that this matter be remanded to state court.

Dated this __15th__ day of __October__, 2020.



ROBERT S. LASNIK
United States District Judge

---

STIPULATED ORDER REMANDING CASE TO STATE COURT- 2

2:20-cv-01368-RSL
12046-32533  965576x



600 UNIVERSITY STREET, SUITE 1020
SEATTLE WA 98101-4107
TEL 206-623-9900  FAX 206-624-6885